437 A.2d 932

Dr. Gerald C. HAMM, Individual Citizen, Appellant

v.

BOARD OF EDUCATION FOR the SCHOOL DISTRICT OF PHILADELPHIA and the Commonwealth of Pennsylvania.

Supreme Court of Pennsylvania.

Argued Oct. 26, 1981.

Decided Dec. 17, 1981.

Martin A. Ostrow, Philadelphia, for appellant.

Vincent J. Salandria, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM:

Matter transferred to Commonwealth Court.